UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY CONNER,

               Plaintiff,

-v-

CONCORDE MEDICAL GROUP, PLLC,

               Defendant.

No. 18-cv-300 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/18

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant informing the Court that the parties have reached a settlement in principle. (Doc. No. 10). Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within forty-five days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    February 26, 2018
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE